ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, v. GAYNOR & ROSENBLUM, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ROSE KASS and SELIG KASS v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Assignee of LOUIS S. BERG, Deceased, and Others v. AMTORG TRADING CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of 600-11TH AVENUE, INC., against HARRIS H. MURDOCK and Others and ALFRED M. RHEINSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN J. KELLY and Others v. JOHN H. DELANEY, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

IDA C. HAZZARD and Others v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 950.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CITY OMNIBUS CORPORATION and Another v. WILLIAM S. MILLER and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 936.] Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MARY MACFADDEN v. BERNARR MACFADDEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

HARRY BRENNER v. SAMUEL STRASBOURGER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of ABRAHAM FALICK for an Order Vacating a Certificate of Satisfaction Issued under Section 72-a of the Personal Property Law, on the Ground that the Same Deposited in Attempted Satisfaction Was Insufficient. ALMA HOLDING CORPORATION.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

JAMES J. P. CORRIGAN, as Trustee in Bankruptcy of CIVIL EMPLOYEES TRAINING, INC., v. CIVIL EMPLOYEES INSTITUTE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.